

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEXANDER HOLLAND, | § | No.08-19-00249-CR |
| Appellant, | § | Appeal from the |
| v. | § | 299th District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-DC-19-904012) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH OF JUNE, 2021.

LEE GABRIEL, Senior Justice (Ret.)

Before Palafox, J., Alley, J., and Gabriel, Senior Justice (Ret.)
Gabriel, Senior Justice (Ret.)(Sitting by Assignment)